UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZACKERY HERNANDEZ,<br><br>                      Plaintiff,<br><br>      -against-<br><br>FRANK BISIGNANO, *Commissioner of Social Security,* et al.,<br><br>                      Defendants. | 25-CV-5822 (JGLC)<br><br>**ORDER GRANTING IFP APPLICATION** |

JESSICA G. L. CLARKE, United States District Judge:

      Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915. The Clerk of Court is directed to terminate ECF No. 3.

SO ORDERED.

Dated:  July 28, 2025
           New York, New York

*Jessica Clarke*
_____
JESSICA G. L. CLARKE
United States District Judge