UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZACKERY HERNANDEZ,

                    Plaintiff,

-against-

FRANK BISIGNANO, Commissioner of Social Security, SOCIAL SECURITY ADMINISTRATION,

                    Defendants.

25-CV-5822 (JGLC)

**SCHEDULING ORDER**

JESSICA G. L. CLARKE, United States District Judge:

       The parties are advised that the proceedings in this case will be governed by the federal Supplemental Rules for Social Security Actions and the Court's Local Social Security Rules.

       To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Magistrate Judge McCarthy.

       If both parties consent to proceed before Judge McCarthy, counsel for the Defendant must, **no later than July 30, 2025**, submit a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this Order (and also available at https://nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge). If the Court approves that form, all further proceedings will then be conducted before Judge McCarthy rather than before me. Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be from this Court if the consent form were not signed and so ordered.

       If either party does not consent to conducting all further proceedings before Judge McCarthy, the parties must file a joint letter, **no later than July 30, 2025**, advising the Court

that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent.** At that time, the Court will then refer this case to Judge McCarthy for a report and recommendation. The parties are free to withhold consent to conducting all further proceedings before Judge McCarthy without negative consequences.

Dated: July 28, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge