UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| ZACKERY H., |
| Plaintiff, |
| -against- |
| FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY., |
| Defendant. |

25 CIVIL 5822 (JCM)

## JUDGMENT

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated May 15, 2026, Plaintiff's Motion is granted, and the case is remanded to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with this Opinion and Order; accordingly, the case is closed.

Dated:    New York, New York
          May 18, 2026

                                        TAMMI M. HELLWIG
                                        _____
                                           Clerk of Court

BY:

                                        _____
                                           Deputy Clerk